UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRUCE A. PECK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 09-10606-JGD |
| | ) | |
| CITY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Following the initial scheduling conference held on July 13, 2009 in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1. As agreed, the parties shall complete fact discovery by **November 13, 2009**.

2. The next status conference shall take place on **November 4, 2009 at 4:00 p.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

    (i) the status of the case;
    (ii) scheduling for the remainder of the case through trial; and
    (iii) the use of alternative dispute resolution ("ADR") programs.

3. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 2 above. With respect to the use of ADR, the parties shall indicate whether an agreement has been reached, but shall not identify their respective positions.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

Dated: July 14, 2009