UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE PECK,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF BOSTON,<br><br>　　　　Defendant. | C.A. No. 09-CV-10606-JGD |

## PLAINTIFF'S MOTION FOR DEPOSITION BY REMOTE MEANS

Pursuant to Fed. R. Civ. P. 30(b)(4), Bruce Peck moves for an order requiring that if defendant takes his deposition, the deposition occur by remote means (via telephone or video conference) or, in the alternative, in Mr. Peck's home town of Hollywood, Florida. This relief is warranted for two reasons. First, Mr. Peck, has an income of less than $8,000 per year and cannot afford the cost of travelling to Massachusetts for a deposition. Second, Massachusetts was the only appropriate jurisdiction in which Mr. Peck could file this action to protect his First-Amendment rights.

In further support of this motion, Peck submits the accompanying memorandum of law.

BRUCE A. PECK,

By his attorneys,

/s/ Shane P. Early
Christa von der Luft (BBO #600362)
Shane P. Early (BBO #673541)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated: November 17, 2009

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Mr. Peck requests oral argument on this motion.

### LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for the Plaintiff conferred with counsel for the Defendant and attempted in good faith to resolve or narrow the issues presented in this Motion.

/s/ Shane P. Early
Shane P. Early

### CERTIFICATE OF SERVICE

I certify that, on November 17, 2009, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Shane P. Early
Shane P. Early

1874149.2