UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:09-CV-10606-JGD

BRUCE PECK,
        Plaintiff,

v.

CITY OF BOSTON
        Defendant.

## DEFENDANT CITY OF BOSTON'S SUMMARY JUDGMENT MOTION PURSUANT TO FED.R.CIV.P. 56

Now comes the Defendant, City of Boston, and respectfully moves this Court pursuant to Fed.R.Civ.P. 56 to enter summary judgment in its favor as to all counts with prejudice.  In support of its motion, Defendant City of Boston attaches its Memorandum of Law in Support of its Motion and Defendants' Local Rule 56.1 Statement of Facts with attached Exhibits.

Respectfully submitted,

DEFENDANT CITY OF BOSTON
William F. Sinnott
Corporation Counsel

By its attorneys:

/s/ Sean P. Nehill
Sean P. Nehill
BBO# 665738
Alexandra Alland
BBO# 652152
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
sean.nehill@cityofboston.gov
alexandra.alland@cityofboston.gov
(617) 635-4049 (Nehill)
(617) 635-4031 (Alland)

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 23, 2010.

/s/ Sean P. Nehill
Sean Nehill